FILED

2006 AUG 30 A 10:04

3:06-CV-777-J-25MMH

Under distressed conditions I SAURON RAY WALLACE file complaint against (civil) statue unto: WINN DIXIE CORP. -
FLAGSHIP PROPERTIES -
NEW AIMEDA APARTMENTS PROPERTIES -
 • CEDRIC D. YOUNG (DUVAL ENT GROUP)
 • CATHERINE WORRELL, INGRINE WORRELL
 • LARRY KITCHENS: SHERIFF OFFICER SGT.
 CITY OF JACKSONVILLE Mayorial off., Sheriffs off.
 • PAMELA CAIN, CAROL CULLINGS
 • DAVID WORRELL, EMANUEL WORRELL, ~~INGRID~~
 ~~JANEAN~~ WALLACE

I wish to conclude this motion till foreseen evidence is presented a host of cased indiviuals at hend.

An extensive period of disorderly civilization I endured through entrapment, mischeif (criminal), attempted unauthorize hate groups to cause physical mental, and socially abondament from my progression to prosperity of succession. Civil discrimination harrassment idenity theft fraudlent procedures to steal in-criminating evidence.

FILED COMPLAINT CONT.

Alex Willis, Marvin Browne-
Latricia Denson, Danielle Wallace
Racheal Carter, Sandra Stevens
Chelsea Jones (Young), Ryan Robinson
Department of Corrections: State Att. Office
Department of Transportation
City of Jacksonville Parks, Rec, Entertainment
Terry Brown, Kenneth "Chuck"
William M. Raines High School, Northwest Behi
vorial, Shands Hospital, Ten Broeck Hosp
~~for ~~~~~~~~~~ ~~~~~~~~ ~~~~~~~~~~
20th St. Mental Health Center
Katherine Dennis, Betty Porch,
Johnnie Wallace, Gregory Wallace,

Jauron Ray Wallace
3715 Almeda St. Apt. #105
Jacksonville FLA 32209
(904) 353-5334